BIGGER & HARMAN, APC
Mark J. Bigger, SBN 226499
1701 Westwind Drive, Ste. 203
Bakersfield, California 93301
(661) 859-1177

Attorney for Defendant,
Todd Arnold

FILED

FEB 29 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA- BAKERSFIELD DIVISION

|  |  |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>**Todd Arnold**<br><br>    Defendant. | Citation No.: 5:16-po-5  4422161/CA14<br><br>**WAIVER OF DEFENDANT'S PERSONAL APPEARANCE**<br>**[Federal Rule 43(b)2]**<br><br>Date: March 1, 2016<br>Time: 9:00 AM<br>Div: |

The undersigned defendant, having been advised of his rights to be present at all stages of the proceedings, including all motions, legal arguments and trial, and having been advised of his right to be confronted by and cross-examine witnesses, hereby waives the right to be present at any and all proceedings herein stated.

The undersigned hereby requests the court to proceed during every absence of defendant, and hereby agrees that defendant's interest will be deemed represented at all times by the presence of his attorney, the same as if the defendant was personally present in court.

Defendant further agrees that notice to defendant's attorney that defendant's presence in court on a particular day at a particular time is required, shall be deemed notice to defendant of said requirement for his appearance at said time and place.

Waiver of Personal Appearance

1   Defendant further agrees and expressly permits defendant's attorney to enter a plea of not guilty, guilty, or no contest to the charges. And further waives defendant's presence at sentencing, agreeing that notice to defendant's attorney of the sentence in this case will be notice to defendant. If probation is granted, defendant hereby agrees to accept and follow all terms and conditions of said probation, and/or all other lawful orders of the court regarding sentencing in this matter.

Defendant expressly warrants by signing this document that he does not live in the city of Bakersfield and it would be a financial hardship for him to be present for each hearing and in the interests of justice requests that his presence not be required.

Date: 01/29/16

_Todd Arnold_
Todd Arnold
2206 E. NUGENT ST.
Street Address

LANCASTER, CA. 93535
City, State, Zip

Date: 1/29/16

_Mark J. Bigger_
Mark J. Bigger,
Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the Defendant's appearance may be waived on 3/11/16.

Dated: 2/29/16

_Jennifer L. Thurston_
Jennifer L. Thurston,
U.S. Magistrate Judge

Waiver of Personal Appearance